UNITED STATES of America,
Plaintiff–Appellee,

v.

Sandro MEDINA–TENIENTE,
Defendant–Appellant.

No. 03–41080.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Lee Turner, Assistant US Attorney, John Richard Berry, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Roland E. Dahlin, II, Federal Public Defender, Jeffrey L. Wilde, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Sandro Medina–Teniente pleaded guilty to being found unlawfully present in the United States after deportation, in violation of 8 U.S.C. § 1326(a). He argues that the special condition of supervised release that prohibits him from possessing a "dangerous weapon," which is contained in the written judgment, conflicts with the district court's oral pronouncement of sentence and must be deleted. His argument is foreclosed by this court's opinion in *United States v. Torres–Aguilar*, 352 F.3d 934, 937–38 (5th Cir.2003). The judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.